IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| TIA SHOPE, | CV-20-78-H-CCL |
| Plaintiff, | |
| vs. | Order |
| CAPITAL LINK MANAGEMENT, and MOUNTAIN RUN SOLUTIONS, | |
| Defendants. | |

The Plaintiff having notified the Court of her voluntary dismissal of the Defendants, with prejudice, pursuant with Federal Rules of Civil Procedure 41(a)(1)(A)(i),

It is hereby ORDERED this matter is dismissed and the Clerk of Court is directed to close the case.

Dated this 8th day of February, 2021.

CHARLES C. LOVELL
SENIOR UNITED STATES DISTRICT JUDGE